UNI UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD J NELSON | CIVIL ACTION |
| VERSUS | NO. 24-1169 |
| GARY T STANGA, ET AL | SECTION: "G"(1) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim as to the named defendants and for lack of subject-matter jurisdiction as to any claims against Bill Hood Auto Group and Ford.[1]

NEW ORLEANS, LOUISIANA, this 20th day of December, 2024.

_____
**NANNETTE JOLIVETTE BROWN**
CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Despite being given an opportunity to do so, Plaintiff has not sought to amend to bring a claim against Bill Hood Auto Group or Ford under any relevant federal statute.